IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| LAURA WARNER, | ) | |
| | ) | |
| Plaintiff, | ) | C02-3092-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| MENARD, INC, | ) | IN A CIVIL CASE |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Laura Warner, take nothing and this matter is dismissed with prejudice.

Dated: August 3, 2005

                                        PRIDGEN J. WATKINS
                                        Clerk

                                        s/ des
                                        (By) Deputy Clerk

66 / 39